## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

HAKEEM KORON LAQMAN                                                                    PLAINTIFF

v.                                    4:12-cv-00469-BRW-JJV

SUSAN WEBBER WRIGHT,
United States District Judge; *et al.*                                                 DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 6th day of November, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE